Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| **Cameron Wilson** <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> **SEE Attached** <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* [X] Yes [ ] No <br><br> **U.S. COURTS** <br> DEC 03 2021 <br> Rcvd\_\_\_\_\_Filed\_\_\_\_\_Time\_\_\_\_\_ <br> STEPHEN W. KENYON <br> CLERK, DISTRICT OF IDAHO |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Cameron Wilson**
Street Address: **2255 E 8th N**
City and County: **Mt Home  Elmore County**
State and Zip Code: **ID  83647**
Telephone Number:
E-mail Address: **CameronKwilson@gmail.com**

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Daniel Page
- Job or Title (if known): District Attorney County of Elmore
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Shanna Gavin
- Job or Title (if known): LT Elmore county jail
- Street Address: 2255 E 8th N
- City and County: Mt Home Elmore County
- State and Zip Code: ~~Mt Home~~ Idaho 83647
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: James Couch
- Job or Title (if known): Cpl Elmore County Jail
- Street Address: 2255 E 8th N
- City and County: Mt Home Elmore county
- State and Zip Code: Idaho 83647
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: County of Elmore
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: V SKLYARUK
  Job or Title (if known): Deputy Badge # 2121
  Street Address: 2255 E 8th N
  City and County: Mt Home   Elmore County
  State and Zip Code: ID 83647
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_See attached Added A._

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Attached A

My 6th amendment right to a speedy trial has been violated.

My rights of the accused has been violated by not giving me access to my discovery

My 8th amendment has been violated by showing indifference that lead directly to me being sexually assaulted

By not giving me access to proper medical care by choosing to not treat my mental disorder & giving me proper medication & treatment for it.

By allowing a guard to sexually harrass me multiple times & not holding him accountable & allowing him to retaliate & still nothing was done & to this day he still makes off colored comments designed to be derrogatory towards me & continue to harrass me

By denying me access to my grievances this violates my civil rights

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b.  If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached labled III Statement of claim*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See attached labled IV Relief*

#1 The County of Elmore is violating the civil rights of its Prisioners. the County has a policy of not letting prisoners have their discovery. this is a very Basic right of the accused to see the evidence against them. I have been here 22 months I have asked multiple times for a copy of my discovery. every request has been denied Tucker v State of Idaho says allledges the Public defender program is Broken I aggree. & nowhere is it more apparent then in elmore county I've seen hundreds of defendents go through & pleaded to crimes without ever seeing their discovery. They have tried to Bring me to trial many times & I have no idea whats in my discovery. I can tell you point blank that its terrifing. they Quote "I have a right to discovery but not a right to possess a copy" But they give us no option to make it available. I ask this court to fix this

## III STATEMENT OF CLAIM

#2 On June 23 2021 My right to a speedy trial was violated By Daniel Page the D.A. for the County of Elmore. after 17 months of incarceration & prep for that I was scheduled for trial. all the covid numbers were down we had the jury pool it was kinda a "sweet spot" in time we were prepared for trial. Mr page willfully violated my discovery rights By not turning the discovery in my case over to my attorney until June 16th 2021 one week before trial! Judge Copsy Bless her Said every thing for me I'll let her words speak for me Please review the minutes for case# CR20-20-413* I believe & I hope the court will aggree that this very act that the D.A. convicutly stated on record that he had no excuse for violated my 6th amendment right to speedy. I've Been made to carry the whole burden for his deliberate actions of neglect It is now Nov 27 2021 & I've been in custody since 2/13/20

#3
Because of the D.A's discovery violation I was made to be incarcerated further & that led to me getting sexually violated by a known sexual devient named John Walker. Mr Walker has had multiple deciplines for sexual misconduct within this facility. Shauna Gavin through complete indifference had 0 policies or procedures in place to protect me a transgendered in mate from this known sexual predator. By not having any of these policies & By delibratly putting John Walker in the same unit with me put me serious risk of harm. & that is exactly what happened. as the records will show.

#4
The way they handled this is outrageous I reported the assault on July 10th 2021 to corporal James couch. They did nothing I wrote grievance after grievance & wasn't allowed to even speak to a dective until Sep 4th 2021. almost two months after the assault. they tried to cover it up & not let me make an official criminal report as the records will show

#5
Deputy SKIYARUK was sexually harassing me & after my sexual assault I was in a very bad place mentally & his harrassment caused me to have a mental breakdown. I filed the appropriate reports with 6 witnesses to this nothing was done to this day he still says hurtful things & has had no repreccussions. He even abused the write up system to further retaliate & harrass me. Shauna Gavin said he was just joking its not sexual harrassment on audio tape the records will show all of this.

# IV RELIEF

*Participant Workbook*

Notes

relief this is the hard part for me. How do you put a price tag on everything I've had to go through here? My life will never be the same I've lost 2 years of my life & they have failed in their duty to even give me a fair & speedy trial which makes me feel like this has all been pointless. the hate & discrimination I felt here for just Being transgendered has scarred me for life. The STD I've developed Because of My Sexual assault will follow me for the rest of my life I'm ashamed & embarrassed and disgusted with myself & its not even my fault. Not Even getting the proper medication to treat my mental disorder has been devistating. I'm already serving a life sentence in this body. Being treated as If I'm Sub-Human has destroyed me mentally Being verbally & sexually abused by a Deputy & having the courage to stand up only to basically Be told that its ok to Behave this way cause nothing was ever done was a huge slap in the face & made me feel hopeless this is my only recourse to get some degree of my life Back sorry☹ I know this is suppose to be brief & I value your time its just this is extremely personal.

please see reverse side

37

I'm asking the court to award me 100,000 dollars in damages.

I'm asking that an order be put out stopping the jail & County from denying inmates their discoveries & grievances

I'm asking the court to declare that my right to a fair & speedy trial has been violated

I'm asking the court to mandate jails to treat Nationally recognized mental disorders accordingly & not deny treatment based on discrimination of Sexual Identity

and I'm asking the court to hold this place accountable for not protecting transgendered inmates or any vunerable inmates no one should have to go through what I've had to suffer.

I'm asking the court to make this county train their officers on sexual harrassments, enact policies to protect any and all inmates from abuse by sworn deputies so no one else will have to go through the nightmare I've had to endure. and to hold their deputies accountable if they violate these policies.

This place has gotten away with way to much for way too long never have I seen such a mockery of justice or Perversion of authority in my life. the wild wild west mentality & attitude of this is Idaho we can do whatever we want has to end the constitution of the united states must prevail even here under the darkest of Rocks.

#6 Because of my situation this jail has adopted a policy now. I've asked for copies of my grievances & now they refuse to give them to me my own grievances! They said I need to subpoena them. So I've not been able to show lawyers or the ACLU or the DOJ any of my grievances & acquire their help hence the reason I decided to file my own. I ask that this practice be stopped & inmates be allowed copies of their own grievances for the sake of transparency & its just wrong to try to hide evidence. I'm entitled to my own grievances! I've included a subpoena for these records I ask the court to enforce its power & compell Shauna Gavin to produce my records so the court will see full disclosure.

#7
Also this county has refused to give me transgendered medication or to treat my Gender dysmorphia disorder. It is a serious medical need I've been here 2 years now deprived of my treatment & my disorder is out of control on top of all the sexual assault sexual harrassment just plain disrespect & discrimination I've had to endure at the hands of Elmore county & its actors I'm in the worst mental health of my life I'm extremely distressed & vulnerable & I'm only one person But I'm standing up for myself & I'm not going to take the abuse any longer. My biggest hope is that with this complaint I can spare someone else in a similar situation the pain that I've been made to suffer. I hope I've covered everything I ask the court to forgive any mistakes I've made as this is my first time doing anything like this

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/26/21

Signature of Plaintiff: *Cameron Wilson*
Printed Name of Plaintiff: *Cameron Wil___*

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address