to the clerk of the court please forgive any minor discrepencies I may have forgot I hope I did this right this is all a new experience to me I tried to follow the instructions to the best of my ability I didnt know what to put on the first page for district & division I was hoping you would find it in your heart to maybe help me out & just look it over. thank you for your services & any help is appreciated I also didnt know what to do with the subpoena so I sent that in as well.

thank you
Natasha
(cameron wilson)

**U.S. COURTS**

DEC 0 3 2021

Rcvd_____ Filed_____ time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO