Cameron Wilson
ECPC
2055 E 6th N
Mt Home ED 83692

ECDC Inmate



US POSTAGE PITNEY BOWES

ZIP 83647   $ 001.76⁰
02 4W
0000370222 DEC 01. 2021

United States Courts          LEGAL
550 W Fort st 4th floor       MAIL
Bosie ID 63729

Cameron Wilson
ECDC
2055 E 6th N
Mt Home ED 83697

US POSTAGE PITNEY BOWES

ZIP 83647   $ 001.56⁰
02 4W
0000370222 DEC 01. 2021

United States Courts    LEGAL
550 W. Fort st 4th floor   Mail
Boise, ID 63729

DEC 0 3 2021
SCANNED

ECDC Inmate Mail