Cameron Wilson (Natash Wilson)
7055 E 8th N
Mt home ID 83647

United States District Court of Idaho

Wilson
v
Page Et al

1:21-CV-00478-BLW

U.S. COURTS
JAN 03 2022
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Notice of dismissal of right to counsel sixth amendment claim

I Cameron Wilson the plantiff in this case under federal rule of civil procedure 41 (A)(1) herby voluntarily dismiss without predjudice my sixth amendment claim of right to counsel violation

I do not dismiss any of my other claims including my other claims to 8th amendment or my other 6th amendment right to speedy trial violations

Cameron Wilson (Nakoshuwilen)
205 S E 8th N
Mt Home ID 83647

ECDC Inmate Mail

BOISE ID 836
30 DEC 2021 PM 1 L

EXAMINED
JAN 03 2022

United States Courts
550 W Fort St 4th Floor
Boise ID 83724

LEGAL Mail

US POSTAGE PITNEY BOWES
ZIP 83647
02 4W
0000378222 DEC. 30 2021
$ 000.53°

83724-